# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KENNY G ENTERPRISES, LLC<br><br>FREEDOM INVESTMENT CORP.,<br><br>        Appellant,<br><br>    v.<br><br>THOMAS H. CASEY, Chapter 7<br>Bankruptcy Trustee,<br><br>        Appellee. | Case NO. SA CV 13-1715 FMO<br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

On November 5, 2013, the court issued an Order to Show Cause why this action should not be dismissed for the reasons noted in that Order.

A written response to the Order to Show Cause was ordered to be filed no later than November 12, 2013. As of the filing date of this Order, appellant has not filed a response to the court's Order to Show Cause. The court noted that "[f]ailure to submit a response by the deadline . . . may be deemed as consent to the dismissal of the action without prejudice." (See Court's Order of November 5, 2013 at 1). Accordingly, IT IS ORDERED that the above-captioned case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders

1  of the court, pursuant to Local Rule 41.

2  Dated this 13th day of November, 2013.

                                            /s/
                              Fernando M. Olguin
                          United States District Judge