JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KENNY G ENTERPRISES, LLC<br><br>FREEDOM INVESTMENT CORP.,<br><br>        Appellant,<br><br>        v.<br><br>THOMAS H. CASEY, Chapter 7<br>Bankruptcy Trustee,<br><br>        Appellee. | Case NO. SA CV 13-1715 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 13th day of November, 2013.

/s/<br>
Fernando M. Olguin<br>
United States District Judge